UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, CONNECTICUT, NEW JERSEY, RHODE ISLAND and WASHINGTON, and COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; and JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States,<br><br>  Defendants. | No. 18-cv-6471 (ER) |
| CITY OF NEW YORK<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States of America, and the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendants. | No. 18-cv-6474 (ER) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the Declarations of Nancy Trasande, Meryl Holt, Michael Charles Green, William G. Kelly Jr., Lovely A. Warren, Michael P. Lawlor, Jennifer E. Fradel, Chia-Chia Wang, Michael J. Hogan, Diane Klontz, Adrian Diaz, Richard Torrance, Daniel

J. Bennett, Shannon Dion, Marcos Soler, Kim Y. Royster, Laura Negrón, Candice Cho, and Mary Travis Bassett, with attached exhibits; the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment; and Plaintiffs' Local Civil Rule 56.1 Statement of Material Undisputed Facts, all dated August 17, 2018, Plaintiffs in matter 18-cv-6471, the States of New York, Connecticut, New Jersey, Rhode Island and Washington, and the Commonwealths of Massachusetts and Virginia, and Plaintiff in matter 18-cv-6474, the City of New York, by their attorneys, jointly move this Court before the Honorable Edgardo Ramos, United States District Court Judge in the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 619, 40 Foley Square, New York, NY 10007 New York, New York, at a date and time to be determined by the Court, for an order granting partial summary judgment to Plaintiffs;

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument in connection with their motion; and pursuant to the agreed upon schedule so ordered by the Court (ECF No. 47), Defendants will file a combination motion to dismiss and opposition, or, alternatively, a motion for summary judgment and opposition to Plaintiffs' motion by September 14, 2018; Plaintiffs will file their opposition to the motion to dismiss/motion for summary judgment and reply in support of their motion by September 26, 2018; and Defendants will file their reply by October 8, 2018.

New York, NY  
Dated: August 17, 2018

Respectfully submitted,

**BARBARA D. UNDERWOOD**  
*Attorney General*  
*State of New York*

Anisha S. Dasgupta,  
Deputy Solicitor General

By: /s/ Nancy Trasande  
Lourdes M. Rosado,[†] Bureau Chief  

Caroline A. Olsen,[†]  
Assistant Solicitor General

Jessica Attie,[†] Special Counsel  
Lilia Toson,[†] Assistant Attorney General  
Nancy Trasande,[†] Assistant Attorney General  

Eric R. Haren,  
Special Counsel & Senior Advisor

Conor Duffy,[*] Assistant Attorney General  
Civil Rights Bureau  

*Of Counsel*

28 Liberty St., 20th Floor  
New York, NY 10005  
Lourdes.Rosado@ag.ny.gov  
Jessica.Attie@ag.ny.gov  
Lilia.Toson@ag.ny.gov  
Nancy.Trasande@ag.ny.gov  
Conor.Duffy@ag.ny.gov  
Phone: (212) 416-6438

**DEBEVOISE & PLIMPTON LLP**  
919 Third Avenue  
New York, NY 10022  
Tel: (212) 909-6077  
mfishbein@debevoise.com

**ZACHARY W. CARTER**  
Corporation Counsel of the City of New York  
100 Church Street  
New York, NY 10007  
Tel: (212) 356-2296  
tjeneret@law.nyc.gov

By: /s/ Matthew E. Fishbein  
Matthew E. Fishbein[†]  
Meryl Holt[†]

By: /s/ Doris Bernhardt  
Doris Bernhardt[†]  
Tonya Jenerette[†]  
Sabita Krishnan[†]  
Gail Rubin[†]

Of Counsel  
Dana Rehnquist

*Attorneys for Plaintiff the City of New York*

| | |
|---|---|
| **MAURA HEALEY**<br>*Attorney General*<br>*Commonwealth of Massachusetts*<br><br>By:  /s/Jonathan Miller<br>Jonathan Miller,[†] Chief, Public Protection and Advocacy Bureau<br>Genevieve C. Nadeau,[†] Chief, Civil Rights Division<br>One Ashburton Place<br>Boston, MA 02108<br>Jonathan.Miller@state.ma.us<br>Genevieve.Nadeau@state.ma.us<br>Phone: (617) 727-2200 | **GEORGE JEPSEN**<br>*Attorney General*<br>*State of Connecticut*<br><br>By:  /s/ Mark F. Kohler<br>Mark F. Kohler,[‡] Assistant Attorney General<br>Michael Skold,[‡] Assistant Attorney General<br>55 Elm St., P.O. Box 120<br>Hartford, CT 06141-0120<br>Mark.Kohler@ct.gov<br>Michael.Skold@ct.gov<br> Phone: (860) 808-5020 |
| **GURBIR S. GREWAL**<br>*Attorney General*<br>*State of New Jersey*<br><br>By:  /s/ Rachel Wainer Apter<br>Rachel Wainer Apter,[‡]<br>Assistant Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, 8th Floor<br>Trenton, NJ 08625-0116<br>Phone: (609) 376-2702<br>Rachel.Apter@njoag.gov | **PETER F. KILMARTIN**<br>*Attorney General*<br>*State of Rhode Island*<br><br>By:  /s/ Michael W. Field<br>Michael W. Field,[‡] Assistant Attorney General<br>The State of Rhode Island<br>Office of the Attorney General<br>150 South Main Street<br>Providence, Rhode Island 02903<br>Phone: (401) 274-4400, Ext: 2380<br>mfield@riag.ri.gov |
| **MARK R. HERRING**<br>*Attorney General*<br>*Commonwealth of Virginia*<br><br>By:  /s/ Victoria Pearson<br>Victoria Pearson,[**]<br>Deputy Attorney General<br>202 North 9th Street<br>Richmond, VA 23219<br>Phone: (804) 786-4319<br>VPearson@oag.state.va.us | **ROBERT W. FERGUSON**<br>*Attorney General*<br>*State of Washington*<br><br>By:  /s/ Luke Eaton<br>Luke Eaton[‡]<br>Assistant Attorney General<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>Phone: (360) 753-6200<br>LukeE1@atg.wa.gov |

[†]Admitted in the S.D.N.Y.
[‡] Admitted *pro hac vice*
[*] S.D.N.Y. application pending
[**]*Pro hac vice* motion forthcoming