# Exhibit 8

**Index of Administrative Record**

| BATES RANGE | DATE | DESCRIPTION |
|---|---|---|
| 00001 – 00109 | Jan. 2007 | Office of Inspector General Audit Report 07-07 |
| 00110 – 00111 | 07/09/15 | Letter from Sen. Shelby to Attorney General Lynch |
| 00112 – 00113 | 09/10/15 | Letter from Assistant Attorney General Kadzik to Sen. Shelby |
| 00114 – 00179 | 11/17/15 | Transcript of Congressional Hearing |
| 00180 – 00182 | 02/01/16 | Letter from Rep. Culberson to Attorney General Lynch |
| 00183 – 00184 | 02/23/16 | Letter from Assistant Attorney General Kadzik to Rep. Culberson |
| 00185 – 00215 | 02/24/16 | Transcript of Congressional Hearing |
| 00216 – 00219 | 02/24/16 | Press Release by Rep. Culberson |
| 00220 – 00247 | 02/25/16 | Transcript of Congressional Hearing |
| 00248 – 00249 | 02/25/16 | Letter from Assistant Attorney General Kadzik to Sen. Shelby |
| 00250 – 00256 | 02/26/16 | Letter from Rep. Culberson to Attorney General Lynch |
| 00257 – 00299 | 03/09/16 | Transcript of Congressional Hearing |
| 00300 – 00301 | 03/09/16 | Sen. Vitter Questions for the Record |
| 00302 – 00303 | 03/18/16 | Letter from Assistant Attorney General Kadzik to Rep. Culberson |
| 00304 | 03/31/16 | Email to JAG Grantees |
| 00305 | 03/31/16 | Email to JAG State Administering Agencies |
| 00306 – 00334 | 05/16/16 | Byrne JAG Program FY 2016 Local Solicitation |
| 00335 – 00365 | 05/16/16 | Byrne JAG Program FY 2016 State Solicitation |
| 00366 – 00381 | 05/31/16 | Office of Inspector General Memorandum re Department of Justice Referral of Allegations of Potential Violations of 8 U.S.C § 1373 by Grant Recipients |
| 00382 – 00391 | 07/06/16 | Letter from Assistant Attorney General Kadzik to Rep. Culberson (with enclosures) |
| 00392 – 00394 | 07/07/16 | Email to JAG Grantees |
| 00395 – 00397 | 07/07/16 | Email to JAG State Administering Agencies |
| 00398 – 00401 | 09/27/16 | Statement of Inspector General, U.S. Department of Justice |
| 00402 - 00430 | 09/27/16 | Transcript of Congressional Hearing |
| 00431 – 00434 | 10/06/16 | Email to JAG Grantees |
| 00435 – 00438 | 10/06/16 | Letter from Assistant Attorney General Kadzik to Rep. Culberson |

i

| BATES RANGE | DATE | DESCRIPTION |
|---|---|---|
| 00439 – 00442 | 10/06/16 | Letter from Assistant Attorney General Kadzik to Sen. Shelby |
| 00443 – 00465 | 10/18/16 | FY 2016 Byrne JAG Grant to New York City |
| 00466 – 00471 | 01/20/17 | Connecticut Submission re Compliance with 8 U.S.C § 1373 |
| 00472 – 00474 | 01/26/17 | Letter from Rep. Culberson to Acting Attorney General Yates |
| 00475 – 00476 | 03/27/17 | Remarks of Attorney General Sessions |
| 00477 – 00485 | 04/21/17 | OJP Letters re Validating Compliance with 8 U.S.C § 1373 |
| 00486 – 00506 | 04/25/17 | New Orleans Submission re Compliance with 8 U.S.C § 1373 |
| 00507 – 00508 | 05/22/17 | Memorandum from Attorney General |
| 00509 – 00616 | 05/30/17 | Clark County Submission re Compliance with 8 U.S.C § 1373 |
| 00617 – 00639 | 06/13/17 | Transcript of Congressional Hearing |
| 00640 – 00660 | 06/22/17 | Philadelphia Submission re Compliance with 8 U.S.C § 1373 |
| 00661 – 00668 | 06/27/17 | New York City Submission re Compliance with 8 U.S.C § 1373 |
| 00669 – 00716 | 06/28/17 | Miami-Dade County Submission re Compliance with 8 U.S.C § 1373[1] |
| 00717 – 00955 | 06/28/17 | Milwaukee County Submission re Compliance with 8 U.S.C § 1373 |
| 00956 – 00964 | 06/29/17 | Cook County Submission re Compliance with 8 U.S.C § 1373 |
| 00965 – 00967 | 06/29/17 | California Submission re Compliance with 8 U.S.C § 1373 |
| 00968 – 00974 | 06/30/17 | Chicago Submission re Compliance with 8 U.S.C § 1373 |
| 00975 – 00990 | 06/30/17 | City of Milwaukee Submission re Compliance with 8 U.S.C § 1373 |
| 00991 | 07/06/17 | DOJ Press Release No. 17-736 |
| 00992 | 07/25/17 | DOJ Press Release No. 17-826 |
| 00993 | 07/25/17 | Backgrounder on Grant Requirements |
| 00994 - 01037 | 07/25/17 | FY 2017 Byrne JAG State Solicitation |

[1] In this document, certain pages have been omitted from this Administrative Record that are records of law enforcement investigations of particular individuals and contain personally identifiable information (PII) of such individuals.