UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 1/28/2019

THE CITY OF NEW YORK,

        Plaintiff,

    v.

MATTHEW G. WHITAKER, in his official capacity as Acting Attorney General of the United States, and the UNITED STATES DEPARTMENT OF JUSTICE,

        Defendants.

CIVIL ACTION NO. 1:18-cv-06474
(Judge Ramos)

**STIPULATION**

Plaintiff the City of New York ("Plaintiff"), and Defendants Matthew G. Whitaker and the United States Department of Justice ("Defendants"), do HEREBY STIPULATE AND AGREE as follows:

1. This stipulation shall remain in effect for a period of 60 days from the date hereof, *i.e.*, until March 24, 2019. On March 24, 2019, and every 30 days thereafter, this stipulation shall automatically be extended for a 30-day period (the "extension term"), except in the case that Defendants give notice to Plaintiff 14 days in advance of the end of an extension term that Defendants do not agree to renew the stipulation for the next extension term, thus ending the stipulation at the end of the then-operational extension term;

1

2. For the duration of this stipulation, Defendants shall not disburse, expend, or revert to the Treasury the Fiscal Year ("FY") 2018 Edward Byrne Memorial Justice Assistance Grant ("Byrne JAG") funds allocated to Plaintiff; and

3. This stipulation applies only to the parties that are currently before the Court in this litigation.  No party that is not currently named as a party to this litigation shall be entitled to any rights or benefits whatsoever under this stipulation.

IT IS STIPULATED AND AGREED.

DATED: January 23, 2019

By: /s/ *Meryl Holt*
Meryl Holt
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue, 3rd Floor
New York, NY 10022
Phone: (212) 909-6000
mholt@debevoise.com

*Counsel for Plaintiff*

By: /s/ *Daniel D. Mauler*
Daniel D. Mauler
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave, NW, Rm. No. 6141
Washington, DC 20530
Phone: (202) 616-0773
Fax: (202) 616-8470
Dan.mauler@usdoj.gov

*Counsel for Defendants*

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: 1/28/2019_____
New York, New York