

**U.S. Department of Justice**

Civil Division
Federal Programs Branch

_____

May 16, 2019

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

          Re:    *State of New York, et al. v. U.S. Dep't of Justice*, 18-cv-6471 (ER)
                    *City of New York v. William P. Barr, et al.*, 18-cv-6474 (ER)

Dear Judge Ramos:

On behalf of the Federal defendants (the "Government") in the above-captioned actions, I write to seek leave from the Court to file an upcoming Reply Brief of up to 19 pages, exclusive of table of contents, table of authorities, and signature page. I have conferred with counsel for the Plaintiffs, and they have graciously advised that they do not oppose this request.

On May 17, 2019, the Government will file a Reply Brief regarding the Fiscal Year 2018 Byrne JAG conditions, pursuant to the agreed briefing schedule previously entered by the Court. *See* ECF No. 129, Case No. 18-cv-06471. The Court's Individual Practices sets the default length for a Reply Brief at 10 pages. The Plaintiffs have submitted approximately 62 pages of briefing on the FY 18 conditions (33 pages in their opening brief and 29 pages in their reply/opposition brief) while the Government has only submitted 27 pages in its opening brief on the FY 18 conditions. Given the significant legal issues in these cases, the Government requests leave to submit a Reply Brief of up to 19 pages.

I thank the Court for its consideration of this submission.

                               Respectfully submitted,

                               JOSEPH H. HUNT
                               Assistant Attorney General

                               JOHN R. TYLER
                               Assistant Director

                               /s/ *Daniel D. Mauler*
                               DANIEL D. MAULER
                               Trial Attorney
                               U.S. Department of Justice
                               Civil Division, Federal Programs Branch
                               1100 L Street, NW
                               Washington, DC 20005
                               (202) 616-0773
                               (202) 616-8470 (fax)

The Honorable Edgardo Ramos
May 16, 2019
Page 2

dan.mauler@usdoj.gov
*Counsel for the Defendants*

cc:      All counsel of record (by ECF)