

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

December 17, 2019

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

      Re:    *City of New York v. Barr, et al.*, No. 18-cv-6474
            Withdrawal of Attorney

Dear Judge Ramos:

    Please be advised that I am departing my position at Debevoise & Plimpton LLP, the attorneys for the City of New York in the above-captioned matter. Other Debevoise attorneys have appeared and will continue to represent the City of New York.

    I hereby respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list. I would be most grateful if Your Honor would approve of my withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

    Thank you for your attention to this request.

                                            Respectfully submitted,

                                            /s/ *Meryl Holt*
                                            Meryl Holt

SO ORDERED:

_____
           USDJ

cc: All counsel of record (by ECF)