UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK.,

        Plaintiffs,

   v.

GARLAND, et al.,

        Defendants.

No. 18-CV-6474 (ER)

STIPULATION OF DISMISSAL

WHEREAS in 2018, plaintiff the City of New York ("Plaintiff") commenced this action, which challenges certain conditions imposed by defendants Merrick P. Garland, in his official capacity as the Attorney General of the United States, and the United States Department of Justice ("Defendants") on grants awarded to Plaintiff under the Edward Byrne Memorial Justice Assistance Grant program for fiscal years 2016, 2017 and 2018;

WHEREAS on April 22, 2021, Defendants issued a written determination that they would no longer enforce or apply the conditions challenged in this action by Plaintiff; and

WHEREAS Plaintiff, by and through its counsel, pursuant to Federal Rule of Civil Procedure 41(a), now seeks to withdraw and dismiss all claims against Defendants;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED UPON, by and among the undersigned, on behalf of all parties who have appeared in this action, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in above-captioned action against Defendants are dismissed without prejudice, with each party bearing its own costs, expenses, and attorney's fees.

2. This stipulation may be executed in any number of counterparts, all of which taken together shall constitute one stipulation, and may be executed by facsimile or electronically-transmitted signature.

3. This stipulation may be filed with the Court by any party without further notice.

Dated: April 30, 2021

JAMES E. JOHNSON
*Corporation Counsel of
the City of New York*

*[signature]*

Sabita Krishnan
Doris F. Bernhardt
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-2273

*Counsel for Plaintiff*

Dated: April 30, 2021

Brian Boynton
Acting Assistant Attorney General

Brigham J. Bowen
Assistant Branch Director

*[signature]*

Charles E.T. Roberts
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Tel: (202) 305-8628

*Counsel for Defendants*

SO ORDERED:

*[signature]*

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Date: May 3, 2021
New York, New York